LAW LIBRARY

NO. 29216

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Petitioner/Plaintiff-Appellee,

vs.

CHARLES KANANI PAULINO, Respondent/Defendant-Appellant.

---

K. HAMAKADO, CLERK, APPELLATE COURTS, STATE OF HAWAII — 2010 MAR 31 AM 7:57 — FILED

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 05-1-0065K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, J., for the court[1])

Petitioner/Plaintiff-Appellee State of Hawai'i's application for writ of certiorari filed on February 23, 2010, is hereby rejected.

DATED: Honolulu, Hawai'i, March 31, 2010.

FOR THE COURT:

*[signature]*

Associate Justice

*[Appellate Courts, State of Hawai'i SEAL]*

Jay T. Kimura,
Prosecuting Attorney,
and Linda L. Walton,
Deputy Prosecuting
Attorney, on the
application for
petitioner/plaintiff-
appellee.

John M. Tonaki,
Public Defender, and
Karen T. Nakasone,
Deputy Public Defender
on the response for
respondent/defendant-
appellant.

---

[1] Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.